**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

No. 00-6010

―――――――――

CYNTHIA LEE LEVERING,

Petitioner - Appellant,

versus

PATRICIA PHELPS-SCHUPPLE; ATTORNEY GENERAL FOR
THE STATE OF MARYLAND,

Respondents - Appellees.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
99-158-CCB)

―――――――――

Submitted:  April 13, 2000          Decided:  April 21, 2000

―――――――――

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Cynthia Lee Levering, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Ann Norman Bosse, Rachel Marblestone Kamins,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Cynthia Lee Levering appeals the district court's order denying relief on her petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Levering v. Phelps-Schupple, No. CA-99-158-CCB (D. Md. Nov. 19, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2